IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | REDACTED |
| Plaintiff, : | |
| v. : | Criminal Action No. 06 – 06 |
| RASHAN J. BAUL, : | |
| Defendant. : | |

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about December 15, 2005, in the State and District of Delaware, the defendant, RASHAN J. BAUL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 18, 2001, in the Superior Court of the State of Delaware in and for New Castle County, did knowingly possess in and affecting commerce a firearm, to wit, a Keltec CNC Inc. P-11 9mm Luger pistol, serial number 34949, and eight rounds of 9mm ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

Foreperson

FILED
JAN 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Date: January 24, 2006