IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 06 |
| | ) | |
| RASHAN J. BAUL | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Rashan J. Baul, as a result of the Indictment returned against him on January 24, 2006.



COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: January 24, 2006

AND NOW, this 24th day of January, 2006, upon the foregoing Motion,

**IT IS ORDERED** that a warrant issue for the arrest and apprehension of Rashan J. Baul.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge