FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR -3 PM 1:31

### JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
———
(302) 658-8980
MEMBER DEL. AND FLA. BARS

March 2, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:  U.S. v. Rashan J. Baul
           Cr.A. No. 06-06-KAJ

Dear Judge Jordan:

      Recently, your secretary contacted me regarding the fact that I had filed no Motions with regard to Mr. Baul's case. I had anticipated other counsel entering an appearance and simply overlooked the fact that I had not received a Stipulation of Substitution of Counsel. Upon receiving information from your Chambers, Mr. Baul was contacted and indicates that he was scheduled to have an appointment with Gene Maurer yesterday. I am in the process of determining whether Gene will be entering his appearance and, if not, then I expect to file a Motion to Withdraw as Counsel promptly.

                                   Respectfully,

                                   Joe Hurley

JAH:jr
pc:  Douglas E. McCann, Esquire