IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-6-KAJ |
| ) | |
| RASHAN J. BAUL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS the Defendant has entered a plea of not guilty to the charges pending against him in this Court, and

WHEREAS, to date, pretrial motions have not been filed;

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held in chambers on **March 22, 2006, at 10:00 a.m.** Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

IT IS FURTHER ORDERED that the time between February 23, 2006 and the date of the scheduling conference shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

UNITED STATES DISTRICT JUDGE

March 16, 2006
Wilmington, Delaware