IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr.A. No. 06-06-KAJ |
| | ) |
| RASHAN J. BAUL, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO PERMIT NON-ELECTRONIC FILING OF MOTION TO WITHDRAW

COMES NOW the defendant, above, by and through counsel, Joe Hurley, who moves for leave of the Court to file a Motion to Withdraw as Counsel in what will be termed the "traditional" fashion, and in support of such application, represents that counsel has not yet had the opportunity to undergo the significant transition from the "traditional" mode of filings to the "state-of-the-art" mode that now exists. The transition will require counsel to attend a training session, counsel's secretary to attend a training session, and the overhaul of counsel's operations including the purchase of new equipment in order to accommodate the transition.

WHEREFORE, leave of the Court is sought to file the Motion as sought herein.

_____
Joe Hurley
1215 King Street
Wilmington, DE 19801
(302) 658-8980

Dated: March 16, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr.A. No. 06-06-KAJ |
| ) | |
| RASHAN J. BAUL, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

I hereby certify that two copies of the foregoing Motion to Permit Non-Electronic Filing of Motion to Withdraw were served upon the following person on March 16, 2006:

> Douglas E. McCann
> U.S. Attorney's Office
> Suite 700
> 1007 Orange Street
> Wilmington, DE 19801

                                    /s/ Joe Hurley
                                    _____
                                    Joe Hurley
                                    1215 King Street
                                    Wilmington, DE 19801
                                    (302)658-8980

Dated: March 16, 2006