2006 MAR 16  PM 4: 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr.A. No. 06-06-KAJ |
| ) | |
| RASHAN J. BAUL, ) | |
| ) | |
| Defendant. ) | |

<u>MOTION TO WITHDRAW AS COUNSEL</u>

COMES NOW the undersigned attorney of record, Joe Hurley, who moves to withdraw as counsel of record in this matter, and in support of such application represents:

1. The defendant has been notified regarding the pendency of this Motion. [See Exhibit "A" attached hereto.]

2. This Motion has been delayed because the defendant had indicated he was going to retain the services of Eugene Maurer, Jr. to represent him and counsel expected a Stipulation to be submitted for his signature in that regard.

3. During the latter part of 2005 and the early part of 2006, counsel experienced medical difficulties and which included a hospital admission and numerous diagnostic tests. The net effect of this situation was to create a congestion factor in counsel's schedule. Additionally, the Superior Court of New Castle County, where counsel has his greatest caseload, has made a rather substantial change in its scheduling policies as of the first of the year. As a result of the

convergence of these circumstances, counsel has not been accepting representation in the Federal District Court in 2006.

    4. When the defendant originally retained counsel, it was with regard to matters in the Superior Court. At that time, it was anticipated that the charges currently before this Court were going to be prosecuted on a State level. Since counsel had already assumed representation in this matter, on a State level, it was assumed that the representation could be conscientiously offered on a Federal level. That has not turned out to be the case and, most recently, because of a significant scheduling issue, before this Court, counsel has indicated to another Judge of this Court that he cannot go forward with a <u>sua sponte</u> Court rescheduling.

    5. The defendant was notified of this situation weeks ago.

    WHEREFORE, the undersigned attorney of record moves to withdraw as counsel in this matter.

                                             Joe Hurley
                                             1215 King Street
                                           Wilmington, DE 19801
                                           (302)658-8980

Dated: March 16, 2006

## JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS

March 16, 2006

Mr. Rashan J. Baul
1208 Valley Stream Drive
Newark, DE 19702

Dear Mr. Baul:

    Please find enclosed a Motion that I have presented. The contents of the Motion are obvious and, in light of the letter that I sent to you several weeks ago, not unexpected.

    You have the right to seek to be heard, by the Court, if you so choose. I expect that the Court will schedule a meeting. In the meantime, since you were going to retain Gene Maurer, I suggest you go ahead with whatever you are going to do in that regard.

Sincerely,

Joe Hurley

JAH:jr
Enclosure

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Cr.A. No. 06-06-KAJ |
| RASHAN J. BAUL, | ) |
| Defendant. | ) |

O R D E R

The Motion to Withdraw as Counsel having been heard and considered:

ORDERED this _____ day of _____, 2006, A.D., that Joe Hurley is permitted leave of the Court to withdraw as counsel in this matter.

_____
                                        J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr.A. No. 06-06-KAJ |
| | ) |
| RASHAN J. BAUL, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that two copies of the foregoing Motion to Withdraw as Counsel were served upon the following person on March 16, 2006:

>Douglas E. McCann
>U.S. Attorney's Office
>Suite 700
>1007 Orange Street
>Wilmington, DE 19801

_____
Joe Hurley
1215 King Street
Wilmington, DE 19801
(302)658-8980

Dated: March 16, 2006