

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR 21  AM 10: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RASHAN J. BAUL, )<br>)<br>Defendant. ) | Criminal Action No. 06-6-KAJ |

### ORDER

WHEREAS Joseph Hurley has filed a motion to withdraw as counsel to defendant (D.I. 10; the "Motion");

IT IS HEREBY ORDERED that:

1. The scheduling conference set for March 22, 2006 at 10:00 a.m. is VACATED;

2. A hearing on the Motion shall be held on April 7, 2006 at 11:30 a.m. in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware; and

3. That the defendant Rashan J. Baul is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **11:00 a.m.** on April 7, 2006.

_____
UNITED STATES DISTRICT JUDGE

March 21, 2006
Wilmington, Delaware