IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr.A. No. 06-06-KAJ |
| | ) |
| RASHAN J. BAUL, | ) |
| | ) |
| Defendant. | ) |

O R D E R

The Motion to Withdraw as Counsel having been heard and considered:

ORDERED this \_\_7th\_\_ day of \_\_April\_\_, 2006, A.D., that Joe Hurley is permitted leave of the Court to withdraw as counsel in this matter.

_____
J.