IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-06-KAJ |
| RASHAN J. BAUL, | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this 17th day of April, 2006, that Defendant Baul's pretrial motions shall be due on the 28th day of April, 2006.

_____
Honorable Kent A. Jordan
United States District Court