IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-06-KAJ |
| RASHAN BAUL | : | |
| Defendant. | : | |

**ORDER**

The Court having considered Defendant Rashan Baul's Motion For Continuance of Evidentiary Hearing and good cause having been shown therefore:

IT IS HEREBY ORDERED this 12th day of July, 2006 that the Evidentiary Hearing in this case be re-scheduled for the 27th day of September, 2006, at 9:00 a.m.

Honorable Kent A. Jordan
United States District Court