PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,      )
　　　　　　　　　　　　　　　　)
　　　　　vs.      )      **Criminal Action No. CR 06-06-JJF**
　　　　　　　　　　　　　　　　)
Rashan J. Baul      )
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant      )

### Petition for Action on Conditions of Pretrial Release

　　　　　COMES NOW ANGELICA LOPEZ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rashan J. Baul, who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Wilmington, Delaware, on the 1st day of February, 2006 under the following conditions:

7(a) report to Pretrial Services as required by at agency, (e) maintain or actively seek employment, (I) no travel outside the state of Delaware unless authorized by Pretrial Services, (n) refrain from possessing a firearm, destructive device, or other dangerous weapon, (o) refrain from excessive use of alcohol, (p) refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802 unless prescribed by a licensed medical physician, (q) submit to any method of testing required by Pretrial Services, (r) participate in a program of inpatient or outpatient substance abuse therapy as directed by Pretrial Services, and (x) attend all federal and state court proceedings and abide by all conditions of state probation. A violation of state probation will be a violation of this bail order and will result in incarceration under this order.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Release Condition 7(x): Attend all federal and state court proceedings, including the violation of probation hearing on February 7, 2006, and abide by all conditions of state probation. A violation of state probation will be a violation of this bail order and will result in incarceration under this order.

Evidence: The defendant was found in violation of his state probation on March 13, 2006 and July 7, 2006.

**PRAYING THAT THE COURT WILL ORDER**... the issuance of an arrest warrant so that Rashan J. Baul can be brought before the Court for a hearing to determine if has violated the terms and conditions of his pretrial release.

ORDER OF COURT

So ordered this _____10th_____ day

of _____July_____, 2006.

_____
Magistrate Judge

FILED

JUL 1 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I declare under penalty of perjury the foregoing is true and correct,

_____
U. S. Pretrial Services Officer

Executed on      July 11, 2006

Place      Wilmington, Delaware