AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| RASHAN J. BAUL | Case Number:  CR 06-06-JJF |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RASHAN J. BAUL _____
                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   X BAIL Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

VIOLATION OF BAIL CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

| PETER T. DALLEO | BY: [signature] ; Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | 7/18/2006 at WILMINGTON, DE |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Rashan J. Baul

| DATE RECEIVED 7/18/06 | NAME AND TITLE OF ARRESTING OFFICER Toby M. Conrad DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 7/19/06 | | |