IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06-6-KAJ |
| RASHAN J. BAUL, | ) |
| Defendant. | ) |

## ORDER GRANTING CONTINUANCE

The Defendant, Rashan J. Baul, is scheduled for revocation hearing on August 14, 2006. Defendant's counsel, Penny Marshall, Esquire has requested a continuance of the hearing until August 18, 2006, and the Court having considered the request finds that the ends of justice served by granting the requested continuance outweigh the interest of the public and the Defendant to a speedy trial,

NOW, THEREFORE, IT IS HEREBY ORDERED this 25th day of July, 2006, that:

1. Defendant's revocation hearing is continued until **August 18, 2006 at 11:00 a.m.**, in Courtroom No. 6A on the 6th Floor, Boggs Federal Building, Wilmington.

2. The time between the date of this Order and the continued date shall be excludable under the Speedy Trial Act (18 U.S.C. §3161 et seq.).

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware