IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-6-KAJ |
| | ) |
| RASHAN J. BAUL, | ) |
| | ) |
| Defendant. | ) |

### ORDER

WHEREAS the Court held a hearing on August 18, 2006, on revocation of defendant's bail status, and

WHEREAS the defendant admitted to the violations as set forth in the Petition (D.I. 23) dated July 17, 2006,

NOW, THEREFORE, IT IS HEREBY ORDERED this 21st day of August, 2006, that:

1. Defendant shall remain on release status in accordance with the conditions imposed by the order of Magistrate Judge Mary Pat Thynge on February 1, 2006 (D.I. 6);

2. The Court imposes the following additional conditions:

   Condition (t): defendant shall participate in the following home confinement program and abide by all the requirements of the program:

   (ii) Home Detention: defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered

obligations; or other activities as pre-approved by the pretrial services office or supervising officer; and,

    3.    Defendant shall report to U.S. Pretrial Services within 12 hours of his release from the Violation of Probation Center.

                                                                         _____
                                                                  UNITED STATES DISTRICT JUDGE

Wilmington, Delaware