IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-06-KAJ |
| | : | |
| | : | |
| RASHAN BAUL, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING

Defendant, Rashan Baul, by and through his undersigned counsel, Eleni Kousoulis, hereby moves this Court for an order re-scheduling the evidentiary hearing in this case. As grounds for this motion, the defense submits as follows:

1. Undersigned counsel had surgery on her right hand on August 28, 2006. Given that defense counsel is right-handed, she is impaired in writing at the present time, which could interfere with her ability to effectively represent Mr. Baul at his pending evidentiary hearing. Therefore, defense counsel respectfully requests that the evidentiary hearing in this matter be continued until anytime after October 16, 2006, to allow her hand proper time in which to heal.

2. AUSA Douglas McCann, who is handling the case for the government, does not oppose this request for a continuance.

3. Mr. Baul was released in the above matter and has no objection to the continuance.

4.  After speaking with the Court's chambers, defense counsel was informed that the Court is available to hold this hearing on October 18, 2006 at 9:30 a.m. All parties and witnesses are available at this date and time.

5.  The parties agree that all time up until the new hearing date will be excludable under the Speedy Trial Act.

WHEREFORE, for all the above reasons, the defense respectfully requests that the Court re-schedule the evidentiary hearing in this matter for October 18, 2006 at 9:30 .a.m.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Rashan Baul

Date: September 27, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-06-KAJ |
| | : | |
| | : | |
| RASHAN BAUL, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Defendant Motion for Continuance of Evidentiary Hearing is available for public viewing and downloading and was electronically delivered on September 27, 2006, to:

> Douglas McCann, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE  19899-2046

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King St., Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Rashan Baul

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.  06-06-KAJ |
| | : | |
| | : | |
| RASHAN BAUL | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

    The Court having considered Defendant Rashan Baul's Motion For Continuance of Evidentiary Hearing and good cause having been shown therefore,

    IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Evidentiary Hearing in this case be re-scheduled for the _____ day of _____, 2006 at _____ a.m./p.m.

                                                                                                                _____
                                                                                           Honorable Kent A. Jordan
                                                                                           United States District Court