IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-06-KAJ |
| RASHAN BAUL | : | |
| Defendant. | : | |

## ORDER

The Court having considered Defendant Rashan Baul's Motion For Continuance of Evidentiary Hearing and good cause having been shown therefore,

IT IS HEREBY ORDERED this 27th day of Sept., 2006 that the Evidentiary Hearing in this case be re-scheduled for the 18th day of October, 2006 at 9:30 a.m./p.m.

Honorable Kent A. Jordan
United States District Court