IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-6 GMS |
| | : |
| RASHAN BAUL | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephone conference regarding scheduling in the above-captioned case is scheduled for **Wednesday, February 21, 2007, at 9:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge. Counsel for the government is directed to arrange and initiate the conference call to chambers.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

February 15, 2007