IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.   06-06 GMS |
| | ) | |
| RASHAN J. BAUL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on October 18, 2006, the court, with then-district court Judge Kent A. Jordan presiding, conducted a hearing regarding the motion to suppress evidence and statements, filed by defendant Rashan J. Baul ("Mr. Baul") (D.I. 18);

WHEREAS, at the motion hearing, Judge Jordan ruled on the issue of whether Mr. Baul's statements were involuntary, and concluded that they were not;

WHEREAS, Judge Jordan reserved on the issue of whether the evidence of a gun and Mr. Baul's statements to authorities should be suppressed;

WHEREAS, Judge Jordan directed the parties to file supplemental briefing on the propriety of the administrative search that led to the discovery of the gun, and consequently Mr. Baul's statements;

WHEREAS, on January 10, 2007, the above-captioned matter was reassigned as a result of Judge Jordan's appointment and confirmation to the United States Court of Appeals for the Third Circuit; and

WHEREAS, after having considered the transcript of the motion hearing and the parties' submissions, the court concludes that oral argument is necessary.

IT IS HEREBY ORDERED that:

Oral argument regarding Mr. Baul's motion to suppress has been set for **Monday, April 16, 2007, at 2:30 p.m.** at the United States Courthouse, 844 King Street, Wilmington, Delaware in Courtroom 4A.


Dated: April 5, 2007                                       /s/ Gregory M. Sleet
                                                                        UNITED STATES DISTRICT JUDGE