IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-6 GMS |
| | : |
| RASHAN BAUL | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the hearing regarding the above-captioned defendant is rescheduled to **Tuesday, April 24, 2007, at 11:00 AM** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

April 13, 2007