IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-06-GMS |
| RASHAN BAUL, | : | |
| Defendant. | : | |

## MOTION TO DISMISS INDICTMENT

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss the Indictment in the above-captioned case in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED: May 23, 2007

IT IS SO ORDERED this 24th day of May, 2007.

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE